[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 27, 2005
THOMAS K. KAHN
CLERK

No. 05-11305
Non-Argument Calendar

_____

D. C. Docket No. 04-00023-CV-FTM-33-SPC

OPHTHALMIC MUTUAL INSURANCE COMPANY,

Plaintiff-Appellee,

versus

SCOTT L. GELLER, M.D.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(July 27, 2005)**

Before TJOFLAT, MARCUS and COX, Circuit Judges.

PER CURIAM:

Defendant Scott L. Geller appeals the judgment of the district court granting

Plaintiff Ophthalmic Mutual Insurance Company's motion for summary judgment.

We find no reversible error in the district court's determination that the claims asserted against Plaintiff in the *Williams* action were excluded under the Plaintiff's liability insurance policy. We also agree that Defendant's estoppel argument is not supported by the record. The judgment of the district court is, therefore,

AFFIRMED.